IRA M. MILLER, Respondent, *v.* LUCIUS C. MILES, Appellant.

*Miller* v. *Miles,* 58 App. Div. 103, affirmed.
(Argued May 29, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George D. Beattys* for appellant.

*William H. Hamilton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ALEXANDER M. POWELL, Respondent, *v.* F. C. LINDE COMPANY, Appellant. (Actions 1 and 2.)

*Powell* v. *Linde Company,* 58 App. Div. 261, affirmed.
(Argued May 29, 1902; decided June 10, 1902.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1901, affirming judgments in favor of plaintiffs entered upon verdicts and orders denying motions for new trials.

*G. D. B. Hasbrouck* for appellant.

*Herman W. Schmitz* for respondent.

Judgments affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.